IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

EMMA G. FINLEY                                                              PLAINTIFF

v.                          Case No. 4:10-cv-1548-DPM

K MART CORPORATION                                              DEFENDANT

JUDGMENT

Finley's complaint is dismissed without prejudice. An *in forma pauperis* appeal would not be in good faith.

_____
D.P. Marshall Jr.
United States District Judge

12 August 2011